# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

ISAIAH RANSOME,

        Appellant

        v.

JUDGE MARK MOORE, COMMON PLEAS
COURT OF PHILADELPHIA COUNTY,

        Appellees

:   No. 12 EAP 2024
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

**AND NOW,** this 5th day of June, 2024, the Notice of Appeal is QUASHED. *See* 42 Pa.C.S. § 723(a) (limiting this Court's jurisdiction to "appeals from final orders of the Commonwealth Court entered in any matter which was originally commenced in the Commonwealth Court"); Pa.R.A.P. 341(b)(1) (defining a final order as one that "disposes of all claims and of all parties"). *Cf. Melvin v. Doe*, 836 A.2d 42, 44 n.4 (Pa. 2003) ("[A]n order denying a motion for summary judgment does not terminate the litigation, and thus is not an appealable order.").